District of Columbia

Dale B. Adams
Plaintiff

V

John Doe a.k.a. Billy
U.S. Dept of Justice
Defendant

JURY DEMAND

Case: 1:17-cv-01317
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/29/2017
Description: Pro Se Gen. Civ. **(F-DECK)**

Injunctive Complaint

Plaintiff Dale B. Adams brings this civil action pursuant to Bivens v. Six unknown Named Agents... 403 U.S. 388 (1971). Plaintiff alleges defendants violated his fifth & fourth Amendment rights.

I Jurisdiction

1) This Court has personal & subject matter jurisdiction

2) Venue is proper pursuant to 28 U.S.C. §1391

II Parties

3) Plaintiff is Dale B. Adams of 2313 Anvil Drive, Harrison, AR 72601
T: 870-204-5317

JUN 29 2017
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Pg 1

4) Defendant is John Doe allegedly named Billy of 2311 Anvil Drive Harrison, AR. 72601 T: unknown

## III Facts

5) Plaintiff Adams has a "No Tresspassing" sign on the exterior of our door to our home and business of Majestic Publishers (Exhibit A)

6) Adams has a padlock on this door when we leave (Exhibit B)

7) Adams has his business license of Majestic Publishers on this door interior (Exhibit C)

8) Adams has an Affidavit by Nancy Ellen Mayberry his Mother attesting that our rights have been abridged

9) My Mother and Brother filed a federal U.S. standard 95 tort form against the NSA and U.S. Dept of Justice an they died untimely deaths within the same year 2016 (Exhibit D)

Pg 2

10) I know that then apartment of 800 W. Bradley Ave Apt-D-91, Champaign, IL. 61821 was burglarized when we left this home

11) That John Doe also breaks into our home of 2313 Anvil Drive, Harrison, AR. 72601 when we leave the house by picking our locks and breaking our property

12) The June 16, 2017 MFR outlines some of this trauma (Exhibit E)

13) The May 29, 2017 MFR outlines sordid conduct to threaten our lives (Exhibit F)

14) Adams believes the July 20, 2012 letter concerning a violation of the Fourth Amendment within the FISC refers to plaintiff so the government is trying to entrap Adams with a crime to conceal their violations of law (Exhibit G)

15) Adams even has his U.S. mail tampered with and filed a Tort Form 95 with the defendants (Exhibit H)

16) Adams has other physical evidence such as our old door lock and photos of graphite all over the floor which is used to pick locks (Not included)

17) Adams alleges a tresspass and violation of the Fourth Amendment pursuant to United States v. Olmstead, 277 U.S. 438 (1928)

18) Adams' computer and printers have been hacked and unoperable to conduct business or express First Amendment rights

## IV. Jury Demand

19) Adams requests a trial by jury

## V. Count One

20) Violation of Fourth Amendment

21) Defendants actions taking advantage of a pro se litigant to offend well-settled rights to privacy

22) Defendants acted contrary to law and Constitutional authority

Count Five (?)

23) Violation of the First Amendment

24) Defendant has caused irreparable harm to freedom of the press and to speech

25) Defendant knows he is violating well-settled law to cause us harm

26) Defendants will not stop causing harm unless this court grants injunctive relief

27) Adams seeks compensatory and punitive damages

## VI Relief Requested

28) Wherefore plaintiff requests a declaratory and injunctive relief to stop unlawful conduct

29) Compensatory and punitive damages for terror

30) such other relief as the Court deems just

Respectfully Submitted

Dal B. Ad                                6-26-2017
                                          date
Dale B. Adams
2313 Anvil Drive
Harrison, AR. 72601
T: 870-204-5317