UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dale B. Adams | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-1317 (EGS) |
| United States President Donald Trump | ) | |
| *Agency Head of Public Health Service Act of 1944, et seq.,* | ) | |
| United States Department of Homeland Security | ) | |
| (*Undisclosed location*) | ) | |
| United States Secretary of Homeland Security, John Kelly | ) | Plaintiff, Dale Brent Adams |
| United States Department of Health and Human Services | ) | 2313 Anvil Drive |
| U. S. Secretary of Health and Human Services, Tom Price | ) | Harrison, AR. 72601 |
| Dr. Ryan Krafft, John and Jane Doe, (Service Corps), et al | ) | T: (870) 204-0131 |
| *Defendants* | ) | |

FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This action is under the Administrative Procedure Act, 5 U.S.C. § 702, et seq., (Cornell Law, 2018).,

the U. S. Constitution and common law, seeking relief pursuant to the Declaratory Judgment Act, 28

U.S.C. § 2201, and for injunctive relief from the defendants captioned above. Plaintiff Adams asserts a

lawful right for a redress of grievances unabridged by Congress as per the First Amendment for a

viable remedy and relief from unlawful harm, or in the alternative mediation for substantial justice;

> Congressional Staff, (Enacted October 18, 2017), "Public Health Service Act as amended
> through Pub. L. 115-71" Retrieved from https://legcounsel.house.gov/Comps/PHSA-
> merged.pdf
>
> LII Staff, (Feb. 1, 2018), "5 U.S. Code § 702 – Right of review" Cornell Law School.
> Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/5/702
>
> LII Staff, (Feb. 1, 2018), "28 U.S. Code § 2201 – Creation of remedy" Cornell Law School.
> Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/28/2201

## I. JURISDICTION AND VENUE

1. This Court has personal and subject matter jurisdiction under 28 U.S.C. § 1331, and may review defendants' actions or omissions under the Administrative Procedure Act, 5 U.S.C. § 701 et seq., the Declaratory Judgment Act, 28 U.S.C. § 2201 and plaintiff prays for injunctive relief

2. Venue in the District of Columbia against defendants acting in their official capacity under color of law to harm plaintiff Adams is proper pursuant to 28 U.S.C. § 1391

   LII Staff, (Feb. 1, 2018), "28 U.S. Code § 1331 – Federal question" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/28/1331

   LII Staff, (Feb. 1, 2018), "28 U.S. Code § 1391 – Venue generally" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/28/1391

## II. PARTIES

1. Plaintiff is Dale B. Adams of 2313 Anvil Drive, Harrison, AR. 72601, P:(870) 204-0131

2. Defendants are the United States Department of Homeland Security, United States Secretary of Homeland Security, John Kelly of 1600 Pennsylvania Ave. N.W., Washington, D.C. 20500

3. Defendant is United States Department of Health and Human Services U. S. Secretary of Health and Human Services, Tom Price of 200 Independence Avenue, S.W., Washington, D.C. 20201

4. Defendants are the United States President, Donald Trump *Acting Agency Head under the Public Health Service Act of 1944,* of 1600 Pennsylvania Ave. N.W., Washington, D.C. 20500

5. The defendants are John and Jane Doe of 2311 Anvil Drive, Harrison, AR. 72601, telephone number unknown, who are engaged in a conspiracy to obstruct "*due process of law*" (Black's).

6. The defendants are Dr. Ryan Krafft of Interventional Pain Management, 825 North Main Street Suite 6, Harrison , AR. 72601, engaged in a conspiracy to obstruct "*due process of law*"

7. Adams incorporates other defendants herein under a proposed sealed supplemental complaint

   "[*I*]*f any question of fact or liability be conclusively presumed against him, this is not due process of law...*"

   Black, Campbell Henry, M.A., (July, 1979), "Black's Law Dictionary, Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" West

Publishing Company. ISBN 0-8299-2041-2. St. Paul, MN. (5th Edition). (1860-1927).

8. Although defendants have due process of law and this court will not pronounce any harm against them without due proof, the defendants abuse plaintiff Adams continually and will continue to pulverize plaintiff Adams and his family without substantive or procedural rights to due process of law until death - confident they have full immunity for captial offenses

**III.SUMMARY**

9. On July 22, 2016, Congress passed the Comprehensive Addiction and Recovery Act of 2016, (CARA) 130 STAT 698, Public Law 114-198, and plaintiff Adams challenges the Constitutional integrity of this law that eliminates discretion of physicians to provide adequate healthcare

Congressional Staff, (July 22, 2016), "S. 524 - Comprehensive Addiction and Recovery Act of 2016" Congress.gov. Retrieved from https://www.congress.gov/bill/114th-congress/senate-bill/524/text

10. Ordinarily and under common law the court has found that a United States President is not an "agency." However, facts indicate that United States President Donald Trump is acting as the head of the United States Department of Health and Human Services (HHS) under the Public Health Service Act of 1944, as amended with intent to cause plaintiff Adams unlawful harm

11. Plaintiff can not get relief from agencies without litigating against the active HHS director U. S. President Trump who is acting contrary to law and Constitutional authority to harm Adams

12. Under the Public Health Service Act of 1944, as amended, it specifically states, *"science-based"* numerous times as intended by Congress and at [Sec. 944, pg. 1119], yet defendant United States President Donald Trump has made public comments and directives for the related defendant agencies not to use the terms, *"science -based"* or *"evidence-based"* in official data

*Sec. 944. [299c-3] DISSEMINATION OF INFORMATION.*

*(a) IN GENERAL- The Director shall-*

*(1) without regard to section 501 of title 44, United States Code, promptly publish, make available, and otherwise disseminate, in a form understandable and on a broad basis as practicable so as to maximize its use, the results of research, demonstration projects, and evaluations conducted or supported under this title;*

*(2) ensure that information disseminated by the Agency is <u>science-based </u>and objective and undertakes consultation as necessary to assess the appropriateness and usefulness of the presentation of information that is targeted to specific audiences;* (emphasis added).

Congressional Staff, (Enacted October 18, 2017), "Public Health Service Act as amended through Pub. L. 115-71" Retrieved from https://legcounsel.house.gov/Comps/PHSA-merged.pdf  (public domain).

13. The Public Health Service Act was recently amended on October 18, 2017, placing the United States President in charge of federal agencies "[*I*]*n time of war, or of emergency ... proclaimed*"

*USE OF SERVICE IN TIME OF WAR OR EMERGENCY*

*Sec. 216. [217] In time of war, or of emergency proclaimed by the President, he may utilize the Service to such extent and in such manner as shall in his judgment promote the public interest. <u>In time of war, or of emergency involving the national defense proclaimed by the President, he may by Executive order declare the commissioned corps of the Service to be a military service</u>.*

Congressional Staff, (Enacted October 18, 2017), "Public Health Services Act as amended through Pub. L. 115-71" Retrieved from https://legcounsel.house.gov/Comps/PHSA-merged.pdf  (Public Domain).

14. On October 26, 2017,  eight (8) days after the Public Health Service Act was amended, defendant U.S. President Trump "*directed the Department of Health and Human Services to declare the opioid crisis a public health emergency...*"  - related to adequate pain medication

Davis, Julie, Hirschfeld, (Oct. 26, 2017), "Trump Declares Opioid Crisis a 'Health Emergency' but Requests No Funds" The New York Times. Retrieved from https://www.nytimes.com/2017/10/26/us/politics/trump-opioid-crisis.html

15. Upon discovery, plaintiff Adams can show the court that defendant United States President Donald Trump is knowingly acting contrary to law and Constitutional authority abusing power to cause an intentional infliction of harm to plaintiff Adams and his family to unfairly obstruct justice, with legal malice and political animus, making immunity questionable

16. Moreover, plaintiff Adams can show a politically or prosecutorially motivated surveillance and investigation by defendant United States President Trump and other officials prior to 1999

17. Plaintiff Adams has a reasonable belief that Congress has been engaged in unlawful conduct for decades with reverse targeting of Dale Adams enacting laws for the specific purpose to strip the Life, Liberty and Property of plaintiff Adams in violation of the Bill of Attainder clause

## IV. FACTS

18. Plaintiff Adams grants this court personal jurisdiction and this court has proper subject-matter

    jurisdiction over the parties pursuant to common law and the (APA) 5 U.S.C. § 702, et seq.,

19. Under the supremacy clause U. S. Const. Art. VI. § 2, this court has competent jurisdiction and

    although federal courts have pendant jurisdiction to hear state law claims, State courts are not

    allowed to decide federal law and the Anti-Terrorism and Effective Death Penalty Act is abused

20. At all times relevant Dale Adams has been an author, inventor and publisher since 1993, with

    evidence located at the United States Library of Congress and United States Copyright Office

21. Defendant United States President Donald Trump has misused his authority to abridge plaintiff

    Adams' First Amendment rights to publish intellectual property with the Library of Congress

22. On March 7, 2017, Dale B. Adams got a file marked certified copy of a notarized Affidavit By

    Nancy Mayberry (April 29, 2016)  from the Boone County, Arkansas Clerk, Rhonda Watkins

    Filed for Record which has evidence that Dale Adams has been an author and publisher since

    1994, and paragraph 44, states the website where the Library of Congress Control number for

    the 2006 version of the book Dale Adams published titled, *Care Giving Made Easy – How to*

    *be an Awesome Caregiver*" used to be

23. However, on June 13, 2017, plaintiff Adams was shocked to discover the Library of Congress

    website and his intellectual property was removed from the internet. Adams became alarmed the

    defendants were destroying evidence to discredit the affidavit of Nancy Mayberry eliminating

    Adams' First Amendment rights, so he sent a web-based General Inquiry form online to the

    Library of Congress at 11:56 pm about the deletion of government records          [Exhibit d]

24. On October 22, 2017, plaintiff Adams wrote a letter titled, "First Amendment rights complaint"

    to the Library of Congress, Office of Inspector General detailing wrongful conduct to deprive

    Dale Adams of lawful rights with a delay and denial of fair treatment and a copy was mailed to

    defendant United States President Donald Trump                              [Exhibit d]

25. Defendant United States President Donald Trump is an indispensable defendant because he is using every federal agency available to harm plaintiff Adams under the pretext of the Public Health Service Act and he has effectively abridged plaintiff Adams' First Amendment rights or denied defenses, and evidence throughout the complaint shows a repetitive bad faith intent

26. The defendants individually and collectively knowingly disable plaintiff Adams by denying adequate medical care with pain medication as they obstruct justice stealing or deleting exculpatory evidence to defeat Adams' First Amendment rights or defenses, with legal malice

27. Plaintiff Adams is confined to his home unable to take usual walks with his wife, adversely affecting Adams' health creating *unsafe conditions* in violation of the Eighth Amendment

28. The defendants are engaged in using *excessive force* by denying Adams' adequate pain medication that causes *unnecessary wanton pain and suffering* to chill rights to free speech

29. The defendants have constant audio and video of plaintiff Adams in the privacy of our home so they know Adams moans in severe pain often, also showing an inability to function or help his disabled wife, displaying *malicious and sadistic* intent to continue denying Adams' medical care

30. "Generally a First Amendment retaliation claim has three elements; "

"*(1) the plaintiff engaged in protected conduct; (2) an adverse action was taken against plaintiff that would deter a person of ordinary firmness from continuing to engage in that conduct; and (3) there is a casual connection between elements one and two – that is, the adverse action was motivated at least in part by the plaintiff's protected conduct.*"

31. 1) Plaintiff Adams filed and served a hand written complaint against the defendants; the defendants harm Adams so severely he is hardly able to proceed with this action and even mailed a motion to dismiss this case therefrom; and 3) the defendants continue to harm Adams maliciously to abridge free speech and viable judicial review of their unconscionable conduct

32. Although Adams has been a member of Casetext.com for years for free basic service to legal research, days ago Casetext ended Adams' service and he suspects the defendants were involved

33. The legal definitions or general terms italicized in the above paragraphs were used to show a prima facie violation of enumerated rights which was dismissed in the case below;

Judge David M. Lawson in a civil case in *Michael Carter v. D. Dolce*, case No. 08-14877, United States District Court for the Eastern District of Michigan (S. Div.) Retrieved from https://www.mied.uscourts.gov/PDFFiles/08-14877%20Order%20Rejecting %20R&R%20and%20granting%20MSJ.pdf

34. Defendants are knowingly violating "*Sec. 11.406 Criminal coercion*"

"*(a) A person is guilty of criminal coercion if, with purpose to unlawfully restrict another's freedom of action to his or her detriment, he or she threatens to: (1) Commit any criminal offense; or (2) Accuse anyone of a criminal offense; or (3) Take or withhold action as an official, or cause an official to take or withhold action...*"

LII Staff, (Feb. 5, 2018), "Sec. 11.406 Criminal Coercion" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/cfr/text/25/11.406

35. The defendants individually and collectively have violated Sec. 11.406 (a) criminal coercion every time they deter Adams' First Amendment rights to legal redress accusing Adams of a public health danger or fire hazard making fabricated false allegations as shown in the Memorandum for record dated 2/3/2018 and by directing defendant Dr. Ryan Krafft to withhold pain medication to prevent Adams from filing a viable complaint to legal redress [Exhibit G]

36. Since a teenager Dale Adams has been a sole proprietor delivering newspapers with a desire to be an author inspired by books such as "*The Drifters*" by James A. Michener and others

Michener, James A., (1971), "*The Drifters*" Random House. Open Library. Retrieved from https://openlibrary.org/authors/OL6898136A/James_A._Michener and at https://openlibrary.org/works/OL2385447W/The_drifters

37. At all times relevant and material herein, Majestic Publishers Inc., is a web based publishing company that has no boundaries regardless of Adams' current location. Majestic Publishers was formed in 2000, at Champaign County, Illinois, was operated in Texas 2001-2008, and had a business license in Harrison, Arkansas since 2013, and plaintiff Adams incorporated Majestic Publishers Inc. in the State of California in 2017, making these State Constitutions applicable

38. Plaintiff Adams was an unglorified member of the health community as a caregiver to his Great

Aunt, Mary Morris O' Hair from 1996-2000, took part-time care of his Father, Clarence D. Adams and his Mother-in-law, Linda Gattis during 2010, cared for his Father-in-law Roy Gattis from 2013-2016 and caregiver to his Mother, Nancy E. Mayberry during 2016, and has the responsibility to care for his disabled wife Cherie L. Adams since 2008 causing a physical toll

39. Plaintiff Adams' disabled wife Cherie Adams has had kidney disease since a preteen and suffers from about 10 debilitating migraine headaches per month (a third of her life) yet unable to safely take pain and other medications for relief due to possible kidney complications who needs a husband able to care for her during her misery and Adams is now unable to care for her

40. Since April 24, 2015, Dale Adams has been making a daily journal in notebooks about care giving as well as noting facts about abuse we received during the interim as evidence or to later write another book about care giving and terror, however that ended on June 28, 2017, due to severe physical pain from stiffness that prevents movement with no pain medication abridging Adams' First Amendment rights. Plaintiff Adams suspects the denial of pain medication is intentional to prevent Adams from engaging in free speech to note daily wrongful conduct

41. The defendants continuous harmful conduct was overwhelming with an inability to log it all and a party can prevail against any opposition by disabling them, making defeat certainly imminent

42. Plaintiff Dale Adams believes that the government has been investigating him for decades with an unreasonably long investigation that may be contrary to the Fourth Amendment and is handicapped working on a complaint to challenge warrantless surveillance since recent evidence reveals that Adams may have been a victim of ThinThread authorities since 1999, (still has the computer) even though the Justice department informed the NSA, *"You know you can't do this"*

Gen. Michael Hayden, (02/21/2017), "Playing to the Edge: American Intelligence in the Age of Terror" Penguin. ISBN 9780143109983. Retrieved from https://books.google.com/books?id=TUz1DQAAQBAJ&printsec=frontcover&dq=playing+to+the+edge+hayden&hl=en&sa=X&ved=0ahUKEwj3hL36m-TWAhVH6YMKHdJVBhAQ6AEIKDAA#v=onepage&q=%22you%20can't%20do%20this%22&f=false

43. Defendants unlawfully entering our home without our consent, and destroying evidence on our

computers place Dale Adams in imminent danger of a certainly impending prosecution with no

ability for the exclusionary rule to obtain rightful Constitutional liberty - with irreparable harm

44. Plaintiff Dale Adams' First and Fourth Amendment rights are being abridged and invaded by the

defendants to eliminate Adams' ability to seek viable aid from the court for unlawful harm and a

substantial part of the actions or omissions were designed by the defendants within 10 miles

square; the District of Columbia, to cause plaintiff Dale Adams deliberate unlawful harm

45. Defendants John and Jane Doe of 2311 Anvil Drive, Harrison, AR., 72601 appear to work under

United States President Donald Trump and/or the federal agency defendants to cause our harm

46. Plaintiff recently became aware of the Public Health Services Act of 1944, as amended, the

Pandemic and All-Hazards Preparedness Act of 2006 (PHE) Public Law 109-417, 120 Stat

2831, signed into law on (Dec. 19, 2006), that led to the Pandemic and All-Hazards

Preparedness Reauthorization Act of 2013 (PAHPRA) Public Law 113-5, 127 Stat. 161.,

Burr, Richard, (R-NC) (Dec. 14, 2006), "S. 3678 Pandemic and All-Hazards Preparedness Act of 2006" Retrieved from https://www.phe.gov/preparedness/legal/pahpa/pages/default.aspx

Rogers, Mike, (R-MI), (March 13, 2013), "S. 242 Pandemic and All-Hazards Preparedness Reauthorization Act of 2013" Retrieved from https://www.govtrack.us/congress/bills/113/hr307

47. Defendant U. S. President Donald Trump signed an unprecedented opiod epidemic national

public health emergency order that was extended again on January 19, 2018, although

traditionally this is just used for a national disaster and it seems to be designed to harm Adams

Roubein, Rachel, (Jan. 19, 2018), "HHS extends Trump's emergency declaration for opioids" Retrieved from http://thehill.com/policy/healthcare/369853-hhs-extends-trumps-emergency-declaration-for-opioids

48. Historically when a national emergency is declared the President designates funds to help with

the problem, yet President Trump gave no money, indicating he just wanted jurisdiction and

power to harm Adams by denying Adams' adequate medical care, not help the opioid problem

49. Defendant President Trump's anti-immigration actions and his conduct as the agency head of

the Public Health Service Act are under military authorities, with guile, possibly allowing the

state secrets privilege to eliminate court oversight and relief of government wrongdoing

50. Plaintiff Adams has had chronic pain since 2014, from being a caregiver but has voluntarily

denied himself access to pain medications for most of 2017, and is not a defined "addict" but

plaintiff Adams' pain has dramatically increased and being without pain medication is adversely

affecting his mental and physical ability to obtain viable legal redress from the government

since he is unable to freely move with clarity to search through needed evidence

51. Plaintiff Adams' prescription medications received from Country Mart pharmacy in 2016,

shows Adams received 1 Norco 10 mg pill every 6 hours with 4 pills daily for pain [Exhibit A]

52. However on November 30, 2017, defendant Dr. Ryan Krafft would only prescribe plaintiff

Adams 1 Norco 5 mg pill every 12 hours with 2 pills daily for real pain          [Exhibit B]

53. Initially Adams thought he could only take one pill every 24 hours so he had two extra pills and

it is a scientific fact that these pain pills only last 2-6 hours so taking them every 12 hours is not

a realistic intervention or relief of pain, it is physician applied torture and when Adams called

Dr Krafft requesting to increase the dosage due to extra pills, they refused - to reaffirm torture

54. On December 13, 2017, plaintiff Adams had a Catscan result sent to Dr. Ryan Krafft to give him

medical evidence that Adams indeed suffered from severe pain, to get adequate medical care

and on December 14, 2017, plaintiff wrote a letter to Dr. Ryan Krafft describing how the pain

intervention he was giving plaintiff Adams was insufficient and requested help    [Exhibit C]

55. On December 27, 2017, when Adams returned, defendant Dr. Ryan Krafft, abused discretion by

informing Adams that no pain medication would be given due to strict oversight rules from the

Arkansas State Medical Board and charged Adams over $100.00 for no treatment  [Exhibit D]

56. Dr. Krafft stated, "*that unless Adams was recovering from spinal surgery he wasn't lawfully*

*allowed to prescribe Adams any pain pills*" and he also said that "*their science says pain*

*medication only works 8-10 weeks*" although this medication has worked for years on Adams

57. Dr. Krafft stated that the Arkansas State Medical Board issued new oversight rules where they could revoke a medical license for prescribing pain pills and although Adams requested in writing for Dr. Krafft to send a copy to plaintiff Adams, he has not shown good faith. Plaintiff Adams discovered the new rules from the Arkansas State Medical Board which seems to breach Adams' Fourth Amendment rights requiring a pain management physician to ensure he has an over abundance of medical records about a patient and even insists on a primary care physician dually monitoring the patient when some people can not afford a primary physician [Exhibit E]

58. On January 1, 2018, plaintiff Adams wrote a letter to Dr. Krafft requesting permission to sue and on January 8, 2018, plaintiff Adams filed a complaint within the Arkansas State Medical Board about their strict new anti-opioid rules developed under the Comprehensive Addiction and Recovery Act of 2016, which if true, could put pain management physicians out of business

59. It is important to note that plaintiff got a referral to a Dr. Diane Cornelison and was notified of a three month waiting period before Adams could even get an appointment, so there is already a bottleneck with few pain management physicians and numerous patients in pain unable to get timely medical care due to the restrictions in the Comprehensive Addiction and Recovery Act, which requires funding for State rules which further denies pain victims adequate medical care

60. Plaintiff alleges the defendants are abusing the anti-opioid public health emergency with legal malice to deprive Adams of the ability to express First Amendment rights by directing his pain management physician defendant Dr. Ryan Krafft not to offer Adams adequate medical care

61. Plaintiff Adams is in constant pain alleging arbitrary denial of adequate medical care and deliberate torture as cruel and unusual punishment conflicting with Eighth Amendment rights

62. The Comprehensive Addiction and Recovery Act of 2016, seems to derive from authorities in the Public Health Service Act of 1944, just as the Patient Protection and Affordable Care Act

63. The government enhanced drug related death statistics for legal prescription drugs by including illegal drugs such as heroin, unfairly increasing death statistics to harm victims of chronic pain

and also did not give evidence to Congress about the real harm of the alternatives;

1.  NSAIDs cause numerous deaths every year from stomach bleeding and heart attacks

2.  less movement from no pain medication will adversely affect health with extra weight

3.  extra weight can cause diabetes, heart disease and other health problems to cause death

4.  weight increase causes bone structural problems that enhance falling fatality rates

5.  primary physicians fear jail and refuse to give patients adequate medical care

6.  small number of pain management doctors to offer pain pills causes 3 month appt. waits

7.  thousands of citizens with chronic pain properly manage pain pills for many years

8.  these less fortunate people now endure torture and accusations of being drug addicts

9.  victims of chronic pain cannot work to earn a living without pain medication

10. limitation of movement effectively abridges First Amendment rights to seek a courts aid…

64. Plaintiff Adams took pain medications from 2014 – 2016, maintaining weight around 220 lbs., and within a year of no pain medications now weighs 260 lbs., adversely affecting his health from taking NSAIDs which have damaged plaintiff Adams' stomach forcing large consumptions of food for relief which is largely responsible for the weight gain and Adams does not take NSAIDs now because the relief is not worth the extra weight - which causes even more pain

65. Plaintiff Adams has a reasonable belief that the service corps intentionally prompted Adams to turn in narcotic medication that was left in our home when Adams' Mother died in late 2016, because they had a premeditated plan to force Adams to only take NSAIDs for pain to adversely affect his health so they could torture Adams to relinquish First Amendment rights in bad faith

66. Plaintiff Adams willingly complied with the law but was not aware of the diabolical plot to intentionally deny Adams adequate medical care with pain medication - from any physicians contrary to the website of the United States Public Health Service showing the officials of this organization are violating the missions and core values of their institution to harm Adams

*"The mission of the U.S. Public Health Service Commissioned Corps is to protect, promote, and*

*advance the health and safety of our Nation. As America's uniformed service of public health professionals, the Commissioned Corps achieves its mission through: ...*

- *Advancement of public health science* (science-based and evidence-based)(emphasis added). *The core values of the Commissioned Corps are:*
*Leadership- Provides vision and purpose in public health through inspiration, dedication, and loyalty*
*Service- Demonstrates a commitment to public health through compassionate actions and stewardship of time, resources, and talents*
*Integrity- Exemplifies uncompromising ethical conduct and maintains the highest standards of responsibility and accountability*
*Excellence- Exhibits superior performance and continues improvement in knowledge and expertise*                                                        (Public Domain).

Unknown, (Feb. 3, 2014), "Commissioned Corps of the U.S. Public Health Service" U. S. Department of Health and Human Service. Located at https://usphs.gov/aboutus/mission.aspx

67. Plaintiff Adams was directed by his terminally ill Mother Nancy E. Mayberry to "*handle her affairs*" so Adams made burial arrangements with Rosewood Cremation and Funeral and the Service Corps taking care of his Mother at the Hospice of the Hills tried to interfere with these plans by having Coffman Funeral Home add additional costs and unneeded services for pick up

68. When Adams called the Service corps at the Hospice of the Hills informing them that Rosewood would handle everything, the nurse made several references to "*the smell*" talking about my Mother being deceased and the need for them to remove her expired body to alleviate their olfactory nerves which was very much unappreciated and unprofessional -breaching ethics

69. Adams' Mother was terminally ill with cancer who was getting sufficient pain medication in the NorthArk Hospital where health professionals are directed by guidelines not to spare pain medications but she was delayed and denied pain medication at the Hospice of the Hills

70. Adams Mother had pneumonia so Adams would take her soft food to the hospital but she lost her ability to talk or eat and had the look of terror in her eyes and Adams wonders about abuse

71. On December 22, 2016 at about 2:00 pm I called the Hospice House and Service Corps Thomas answered stating that my Mom had arrived. At about 3:00 pm I was at the Hospice House and observed my Mother had watery eyes which can be a sign of pain. I asked Thomas about giving my Mother pain medications and Thomas conceded that there were medical records "*around*

*like that*" such as the discharge papers from Dr. Chitsey to administer proper pain relief. They refused to give Adams a copy of those medical records. I noticed that the staff of the Hospice House had changed my Mother's shirt so they should have observed if my Mom had or did not have a fentanyl patch still on from the hospital.  Although I asked Thomas to give my Mother pain medication at about 3:20 pm, Thomas and his nurse refused to. However as I spoke with Thomas and the nurse assistant neither could definitively tell me if my Mother still had a pain patch on her. They just speculated that it was possible and Thomas claimed the air in the Hospice House makes a person's eyes water. However during the five (5) days I visited the Hospice House I did not notice watery eyes on me, my sensitive wife, the staff or my Mother again, so she was intentionally denied humane and adequate medical care of pain meds

72. Another complaint about Thomas is that instead of caring for my Mother, giving her proper care and pain relief he spent a whole lot of time trying to tell me how knowledgeable he was about the health profession following behind me quickly getting all in my face instead of letting me visit with my Mother. I had to gently tell him he was dismissed so I could visit with my Mother to get him out of my face. He was intentionally invasive wanting his face near mine while denying my Mom proper medical care and even deliberately leaving my Mom in pain. It was clear - Thomas had other deceptive motives and he was not acting as a healthcare professional

73.  Evidence John and Jane Doe are part of the Service Corps that was at the Hospice of the Hills is clear because on January 8, 2017, when Adams typed and tried printing a document titled, "*Hospice House Abuse, torture and property theft of Nancy Ellen (Johnson) Adams, Mayberry*" but the document came out illegible due to John Doe hacking our computer to prevent the expression of First Amendment rights - trying to protect the service corps from unethical reports

74. In the original complaint plaintiff submitted an exhibit of a document that the defendants altered with backward typing but was in too much pain to bend over to search for the original document that Adams was later able to correctly print related to health care staff denying his

terminally ill Mother adequate pain meds noted above                    [Exhibit F]

75. So there is a repetition of health care professionals abusing these laws to intentionally harm

plaintiff Adams and his family even when they are infirm and in need of compassionate care

76. The defendants do not meet the standards for healthcare professionals held in the United States

Court of Appeals for the Eighth Circuit in *Keefe v. Adams*, 840 F.3d 523, 52 (8th Cir. 2016),

"*Integral to the profession of nursing is a concern for the welfare of the sick, injured, and
vulnerable and for social justice; therefore students... accept the moral and ethical
responsibilities that have been credited to the profession of nursing and are obligated to uphold
and adhere to the professional Code of Ethics...*"

Unknown, (January 29, 2018), *"Keefe v. Adams"* Casetext.
    Retrieved from https://casetext.com/case/keefe-v-adams-2

77. Plaintiff Adams asserts a facial and as-applied Constitutional challenge to this conduct derived

from the applicable laws to convert humane physicians into service corps sadistic torture tactics

78. Moreover, plaintiff Adams requests to file evidence under seal to show the court that these laws

violate the Bill of Attainder clause and were specifically designed to deprive Adams' rights

since "*50 U.S.C. § 1862 - Congressional Oversight*" requires the executive to annually provide

Congress "(b)(8)(E) *Medical records containing information that <u>would identify a person</u>*"

which enables Congress to unlawfully form laws for the specific purpose of punishing certain

individuals, especially those who have Art. III. Standing to challenge warrantless surveillance

79. On July 18, 2006, there was a public outcry over warrantless surveillance when the Pandemic

and All-Hazards Preparedness Act of 2006, was introduced while Dale Adams was authoring

the book "*Care Giving Made Easy – How to be an Awesome Caregiver*" and Adams has a

reasonable belief this law is a bill of attainder to target Adams

80. Plaintiff alleges 50 U.S.C. § 1862(b)(8)(E) is a violation of HIPPA laws with misuse, and an

unreasonable privacy invasion allowing Congress to form laws with an evil animus - ultra vires

LII Staff, (Jan. 30, 2018), "50 U.S. Code § 1862 – Congressional Oversight" Cornell Law
    School. Legal Information Institute. Retrieved from
    https://www.law.cornell.edu/uscode/text/50/1862

81. In *Furman v. Georgia*, the court agreed with the Founder's intent to ensure the legislature could not arbitrarily punish citizens so 50 U.S. Code § 1862, is contrary to well-settled law

> *"In addition, it is quite clear that Holmes and Henry focused wholly upon the necessity to restrain the legislative power. Because they recognized "that Congress have to ascertain, point out, and determine what kinds of punishments shall be inflicted on persons convicted of crimes," they insisted that Congress must be limited in its power to punish. Accordingly, they [p 261] called for a "constitutional check" that would ensure that "when we come to punishments, no latitude ought to be left, nor dependence put on the virtue of representatives..."*

> *"[p]unishments are cruel when they involve torture or a lingering death..."*

> *"We disclaim the right to assert a judgment [p 268] against that of the legislature of the expediency of the laws or the right to oppose the judicial power to the legislative power to define crimes and fix their punishment, unless that power encounters in its exercise a constitutional prohibition. In such case, not our discretion, but our legal duty, strictly defined and imperative in its direction, is invoked..." Id. at 378. [n9]"*

> *"[A] State may not punish a person for being "mentally ill, or a leper, or... afflicted with a venereal disease," or for being addicted to narcotics. Robinson v. California, 370 U.S. 660, 666 (1962). "To inflict punishment for having a disease is to treat the individual as a diseased thing, rather than as a sick human being... Finally, of course, a punishment may be degrading simply by reason of its enormity. That the punishment is not severe, "in the abstract," is irrelevant; "[e]ven one day in prison would be a cruel and unusual punishment for the 'crime' of having a common cold. Id. at 667... " A prime example is expatriation, a "punishment more primitive than torture," Trop v. Dulles, 356 U.S. at 101, for it necessarily involves a [p 274] denial by society of the individual's existence as a member of the human community...[n15]"*

so all of the defendants are knowingly violating well-established law with intentional torture

> LII Staff, (February 1, 2018), *"Furman v. Georgia*, 408 U.S. 238 (1972)" Legal Information Institute. Retrieved from https://www.law.cornell.edu/supremecourt/text/408/238

82. Evidence indicates the government intentionally violated the civil and criminal penalties of FISA with violations of U. S. Const. Amend I. & IV., to harm Adams, so to conceal this conduct they are forming laws to secure a prosecution without FISA using health laws in a State court

83. On January 26, 2017, Adams took Cherie L. Adams to Beverly Hills, CA. to get eye surgery at the Boxer Wachler Vision Institute to prevent her from going blind and posted the business license for Majestic Publishers and a *"No Trespassing"* sign on our front door     [Exhibit G]

84. The government was not granted consent to enter our home where nobody was home and we

later discovered that officials were in our home and did damage our printer and computer which

was an unreasonable search & seizure designed to abridge First Amendment rights to free press

85. Adams installed a lever exterior door knob and has never put graphite into it but when he

changed this lock <u>due to it becoming real loose</u>, graphite fell all over our kitchen floor and this

substance is used as a lubricant to pick locks, as the best evidence of unlawful entry [Exhibit G]

86. The John and Jane Doe defendants are also responsible for Adams' weight gain because of

numerous break ins to our home stealing needed exculpatory evidence by breaking computers

87. Plaintiff Adams fears to leave his own home left unattended to even take regular walks with his

disabled wife due to the abuse of sneak-n-peek warrants to break, steal or damage our property

and one thing Adams has noticed is that the defendants have broken two computers and seem to

have installed a battery into some of them so they can monitor what Adams types on a computer

even if he is not plugged into the internet, being unreasonably denied work product or privacy

88. This aggressive conduct did not begin until United States President Donald Trump was elected

who has publicly stated that he knows he is prohibited from interfering with the Justice

department, yet he uses the service corps defendants to harm plaintiff Adams to obstruct justice

> *"The saddest thing is, because I'm the president of the United States, I am not supposed to be involved in the Justice Department," he told WMAL radio show host and Mediaite columnist Larry O'Connor. "I am not supposed to be involved in the FBI. I'm not supposed to be doing the kind of things that I would love to be doing and I'm very frustrated by it."*

> Luperon, Alberto, (Nov. 3, 2017), "Trump called for FBI to Investigate Clinton. Impeachable? Maybe." Law & Crime. Retieved from https://lawandcrime.com/legal-analysis/trump-called-for-fbi-to-investigate-clinton-impeachable-maybe/

89. Plaintiff Adams alleges that defendant U. S. President Donald Trump is knowingly involved in

causing plaintiff Adams' irreparable harm, torture and deprivation of enumerated rights because

on October 2, 2017, Adams filed a Petition for Contempt of court with a certificate of service in

the United States Supreme Court against defendant U. S. President Donald Trump offering due

notice of the ongoing wrongful and unlawful government conduct to harm plaintiff Dale Adams

90. Defendants United States Secretary of Health and Human Services, Tom Price and United

States Secretary of Homeland Security, John Kelly along with their service corps defendants

John and Jane Doe and Dr. Ryan Krafft are acting in their official capacity under color of law

being responsible individually and collectively for plaintiff Adams' unjust ongoing harm as per;

*"Subtitle A – National All-Hazards Preparedness and Response Planning, Coordinating, and Reporting Sec. 2801. [42 U.S.C. 300hh] Public Health and Medical Preparedness...Functions.*

*(a) IN GENERAL – The Secretary of Health and Human Services shall lead all Federal public health and medical response to public health emergencies....*

*(b) INTERAGENCY AGREEMENT. - The Secretary, in collaboration with the ... Secretary of Homeland Security... shall assume operational control of emergency public health and medical response assets..."*      (Pg. 1573, Sec. 2801, *42 U.S.C. 300hh*). (Public Domain).

91. The Public Health Service Act as amended, states on page 1588, Sec. 2813;

*"Sec. 2813. [42 U.S.C. 300hh-15] Volunteer Medical Reserve Corps. (a) IN GENERAL. - Not later than 180 days after the date of enactment of the Pandemic and All-Hazards Preparedness Act, the Secretary in collaboration with State, local, and tribal officials shall ... for an adequate supply of volunteers in the case of a Federal, State, local, or tribal public health emergency..."*

Congressional Staff, (Enacted October 18, 2017), Public Health Services Act as amended through Pub. L. 115-71 Retrieved from https://legcounsel.house.gov/Comps/PHSA-merged.pdf  (Public Domain).

92. So it is possible some of the volunteer service corps defendants work directly under defendant

U. S. President Donald Trump to evade legal and ethical standards that cause our ongoing harm

93. There is common law that the government is supposed to comply with the Constitution to

punish a person after a jury trial, not *"by ordeal"* outside of the court and further denying

Adams viability for a pre-enforcement challenge to government misconduct is equally wrong

94. On November 29, 2017, Dale Adams made the following legal evidence of government abuse

of the Public Health Service Act of 1944, et seq., as amended, on our computer as a document

*"The Patriot Act and the AHPA grants health care and law enforcement enormous powers to fabricate false evidence even to the court, because they are permitted to lie and stretch the truth to get a conviction. They don't need evidence to entrap somebody with a crime under the Patriot Act. But you can't lie to a jury.  Health professionals that are claiming non-existent dangers will be proven as liars and their whole testimony will be subject to be thrown out. So enjoy your powers to threaten and harass Majestic Publishers to chill First Amendment rights, but the truth will come out."*      (Adams personal communication)

95. Adams is threatened, coerced, intimidated, and tortured with severe pain for trying to express

First Amendment rights to legal redress, despite 18 U.S.C. § 245, *Federally protected activities*

LII Staff, (March 30, 2000), "18 U.S. Code § 245 – Federally protected activities" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/18/245

96. A few weeks later defendant U. S. President Donald Trump responded by prohibiting health officials from the Centers for Disease Control (CDC) from using "*evidence-based*" or "*science-based*" terminology in official government reports seeming to deny Adams truthful evidence and to also protect the other defendants from wrongful conduct removing "science-based" terms

"In fact, *the Trump administration directed the CDC to replace "science-based" and "evidence-based" with "CDC bases its recommendations on science in consideration with community standards and wishes."*

Tsipursky, Gleb Dr., (Dec. 18, 2017), "How CDC word ban could 'cause many more people to get sick and die'" CNBC. "Commentary by Gleb Tsipursky, assistant professor at Ohio University" Retrieved from https://www.cnbc.com/2017/12/18/cdc-7-word-ban-a-matter-of-life-and-death-commentary.html   (emphasis added).

97. This shows that there is a chain of communication from plaintiff Adams' computer to the neighbor defendants John and Jane Doe passed to the defendant U. S. President Donald Trump and if the government claims that plaintiff Adams is a danger to society, Adams needs to have valid "*evidence-based*" or "*science-based*" evidence to prove he is innocent, now being denied

98. The defendants individually and collectively are violating 18 U.S.C. § 1001 (prohibiting the making of false material representations to the United States) making false allegations that Adams is a legitimate danger to others, especially when they create the dangers themselves

99. The defendants are making false statements and/or directing other parties to make false statements violating United States Attorney's Manual "922. Elements of 18 U.S.C. § 287"

*1) made or presented a false, ficticious or fraudulent; and*  (claimed Adams was a danger)
*2) knew such claim was false, ficticious or fraudulent; and*  (knew Adams was no valid danger)
*3) did so with the specific intent to violate the law or with a consciousness that what he was doing was wrong.*"  (to obstruct the due course of justice to entrap Adams with a crime without discovery or science-based evidence to deny plaintiff Adams' enumerated rights with evil intent)

Op. Att'y Gen., (Jan. 30, 2018), "922. Elements of 18 U.S.C. § 287" The United States Department of Justice.  Retrieved from https://www.justice.gov/usam/criminal-resource-

manual-922-elements-18-usc-287   (Public Domain).

100.      The defendants individually and collectively are violating 18 U.S.C. § 371, (Conspiracy

to Defraud the United States) when they fabricate evidence alleging Adams poses a danger to

society when they are the real danger - using fake-science to mislead the general public and

pursuant to the United States Attorney's Manual 923. the elements of 18 U.S.C. § 371, are

   *1) They cheat the government out of money or property;* (unreasonably long investigation)
   *2) They interfere or obstruct legitimate Government activity; or* (destruction of evidence)
   *3) They make wrongful use of a governmental instrumentality.* (making wrongful reports)

   Op. Att'y Gen., (Jan. 30, 2018), "923. Elements of 18 U.S.C. § 371 Conspiracy to Defraud..."
   The United States Department of Justice. Retrieved from
   https://www.justice.gov/usam/criminal-resource-manual-923-18- usc-371-conspiracy-
   defraud-us   (Public Domain).

101.      John and Jane Doe are making false statements to create criminal charges against

plaintiff Dale Adams which is interfering with a domestic criminal investigation, obstructing

justice that may cause wrongful arrest, maliscious prosecution and government liability for

abuse of process

102.      Moreover, as alleged in affidavits the defendants indivually and collectively are acting in

a manner that shows a deliberate indifference to Constitutional rights and clearly established

law in *Brady v. Maryland*, 373 U.S. 83 (1963), "*does not comport with standards of justice...*"

to cause plaintiff Adams and his family significant irreparable harm with guile (Casetext, 2018).

   Unknown, (Jan. 23, 2018), "*Brady v. Maryland*, 373 U.S. 83 (1963)" Casetext. Retrieved from
   https://casetext.com/case/brady-v-state-of-maryland (Public Domain).

103.      Plaintiff Adams alleges the defendants indivually and collectively show a deliberate

indifference to law intentionally violating 18 U.S.C. Sec. 245, *Federally protected activities*

*(b) Whoever, whether or not acting under color of law, by force or threat of force willfully*

*injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with -*

*(1) any person because he is or has been, or in order to intimidate such person or any other*

*person or any class of persons from* – Defendants systematically injure, intimidate and interfere

with Adams' and his disabled wife's ability to enjoy Life, Liberty and Property

*(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; -* Plaintiff Adams enjoys the beauty of the First Amendment right to legal redress but endures torture preventing lawful speech and viable relief

*(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; or -* Plaintiff cannot enjoy federal programs while being oppressed

*(5) any citizen because he is or has been, or in order to intimidate such citizen or any other citizen from lawfully aiding or encouraging other persons to participate, without discrimination on account of ... or participating lawfully in speech or peaceful assembly opposing any denial of the opportunity to so participate – shall be fined under this title, or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section ... and if death results from the acts committed in violation of this section or if the acts committed in violation of this section,... or attempt to kill, shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death"*

Plaintiff Adams alleges the defendants are not acting lawfully and are endangering Adams' life (Cornell Law School, 2018). (Public Domain).

104.     18 U.S. Code § 245(5)(c) states, *"Nothing in this section shall be construed so as to deter any law enforcement officer from lawfully carrying out the duties of his office..."* however, the defendants conduct enumerated herein can not be considered *"lawfully enforcing ordinances"*

LII Staff, (Jan. 23, 2018), "18 U.S. Code § 245 – Federally protected activities" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/18/245

105.     Although sneak-n-peek warrants may be considered lawful, using those authorities to damage or steal property such as breaking Adams' HP computer Windows Vista s/n MXL8340S5B, with enormous exculpatory evidence including photographs and legal documents, is not in good faith

106.     This previous computer was hacked into on a regular basis where the defendants would change the date on our computer to January 1, 2008, almost daily shown in exhibit dated

12/13/2015 and we could not get online until we manually changed the date which was continuous hacking to encourage us to get a new computer on our own to remove the exculpatory evidence and when that failed, defendants broke in and severely damaged it and then later to permanently damage it, showing an unreasonable systematic unlawful intent to deprive rights   [Exhibit U]

107.      Dale Adams left his home to take his wife to California for eye surgery, and the defendants broke into our home between January 26, 2017 when we left and February 12, 2017, when we returned home, knowingly violating Adams' First and Fourth Amendment rights which was an abuse of discretion and deprived us of rightful property without substantive or procedural rights to due process of law in violation of the Fifth Amendment

108.      On February 18, 2017, after noticing our computer and printer had been damaged by unlawful entry into our home and business Dale Adams mailed a legal notice titled, "*Intentional violations of well settled law and deliberate violations of the War Crimes Act*" to the defendants John and Jane Doe informing them they were violating well-settled law, United States and even international law including the First and the Fourth Amendment, yet they continue to abuse their discretion with "*more executive power*" to harm Adams and his disabled wife

109.      at 2311 Anvil Drive and at the only address able to lock and unlock our remote control 2010 Toyota Prius with a digital audio signal via a cell phone. You see when we were in the Marriot Hotel in Dallas, Texas the valet failed to give us one of our remote control car keys when we left. Although I promptly called this hotel and directed them to charge me to mail that remote control key to me via USPS priority mail, they failed to do so. I then called the Hotel management and the Valet manager, Russell Bishop called me from the telephone # 214-215-0744 who on February 17, 2017 finally mailed us our remote control key to me via USPS priority mail # 9505-5102-4061-7048-0627-80. I strongly suspect the government has bugged this simple remote control car key with audio and or visual ability. Somehow when this key was

in Dallas, TX c/o the Marriot Hotel some person was locking and unlocking our Prius car door while I sat watching. The only person close enough within range with a cellphone was the unknown neighbor next door named Billy. You do not physically need the remote control to open a car, since it is an audible digital signal it can be sent thru a cellphone. I have been poisoned with Viagra although I have never taken that medication. These instances threatened my life since I have hypertension II. I have a spiral bound notebook logging the date and times of some of these occurrences and my wife is a witness.

110.     Defendants seem to be taking advantage of CARA to paralyze plaintiff Adams who is unable to adequately move from severe pain while denied adequate medical care pursuant to the Eighth Amendment - prohibiting viable legal research, writing and full presentment of evidence

111.     Plaintiff Adams is under duress everyday due to these laws adversely affecting Adams' ability to express First Amendment rights to be relived from terror

112.     A few weeks ago Adams was in bed and heard a noise that unbelievably sounded like somebody entered our crawlspace under our home and Adams was in so much pain he could not get out of bed to check, now our heater (in crawlspace) doesn't work and Adams believes John Doe broke it - which displays how defenseless plaintiff Adams is by being denied adequate medical care

113.     A few weeks later plaintiff Dale Adams and his wife left our home to go to Illinois and the defendants abused discretion and acted contrary to law and Constitutional authority again to permanently damage the above noted computer obstructing justice with destruction of evidence

114.     The defendants individually and collectively knowingly violated "*18 U.S. Code § 1519- Destruction, alteration, or falsification of records in Federal investigations and bankruptcy*" as

"*Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record... or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department*

*or agency of the United States... or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.*"

LII Staff, (Jan. 31, 2018), "18 U.S. Code § 1519 – *Destruction, alteration, or falsification of records in Federal investigations and bankruptcy*" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/18/1519

115.     Defendants John and Jane Doe are abridging Adams' First Amendment rights by hacking to turn off the spell checker for this complaint forcing Adams to check the internet for correct spelling thereby trying to allege Dale Adams of Majestic Publishers is not properly citing sources in this complaint to defeat this legal pleading is not lawful to eliminate First Amendment rights which shows how morally defunct the defendants are, trying to evade oversight of their criminal habits

116.     Plaintiff Adams took photographs of mispelled words and the spell checker stating that spellcheck is complete with nothing mispelled but can not upload the photographs as exhibits due to cyber hacking which disabled our USB ports - defeating First Amendment rights

117.     On Dec. 27, 2016, the day after Adams' Mother died, U. S. President Trump nominated Thomas P. Bossert as the Assistant to the President for Homeland Security, possibly where Adams' hacking problems originate from, who has significant experience with computer hacking, "[*a*] *senior fellow at the Atlantic Council working on the ... Cyber Statecraft Initiative*"

Shear, Michael D., (Dec. 27, 2016), "Trump Picks Thomas Bossert as Top Counterterrorism Adviser" New York Times. Retrieved from https://www.nytimes.com / 2016/12/27/us/politics/thomas-bossert-national-security-trump.html

118.     The defendants individually and collectively are violating clearly established Constitutional rights under the First Amendment because plaintiff Adams has lost pertinent exculpatory evidence to detail in a complaint for legal redress and as supporting evidence for a defense

119.     The defendants individually and collectively are violating clearly established Constitutional rights under the Fourth Amendment because plaintiff Adams is being denied "*to*

*be secure in their persons, houses, paper, and effects, against unreasonable searches and seizures.."*

120.     Plaintiff incorporates the Memorandum for Record dated April 23, 2017, into this complaint showing terror, trauma and torture from defendants abuse of sneak-n-peek warrants (Exhibit H)

121.   The defendant United States President Donald Trump seems to have allowed officials to cause death to plaintiff Adams, showing deliberate indifference to law, 18 U.S.C. Sec. 1111- *Murder*

> *(a) Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by <u>poison</u>, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnapping, treason, espionage, sabotage, ... burglary, roberry; or ... perpetrated from a premeditated design unlawfully and malisciously to effect the death of any human being other than who is killed, is murder in the first degree.* (Public Domain) <u>(added).</u>

LII Staff, (March 30, 2000), 18 U.S. Code § 1111 – "Murder" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/18/1111

122.     Plaintiff Adams has evidence written in a spiral bound notebook of defendants having poisoned Adams' drink more than once and his wife, Cherie L. Adams was a witness to adverse effects

123.     Pursuant to Executive Order # 12333, defendant U. S. President Donald Trump is required to ensure the actions of his administration confine within the United States Constitution and under Executive Order # 12334, (December 4, 1981), all of the defendants including U. S. President Donald Trump are required to conform with the President's Intelligence Oversight Board; "(a) *Inform the President of ... believes are in violation of the Constitution or laws of the United States...*" and violating 18 U. S. Code § 2340(1) to cause torture and violating 18 U. S. Code § 1111 to shorten the life of plaintiff Adams contrary to law and Constitutional authority

Reagan, Ronald, (Dec. 4, 1981), "Executive Order 12334 – "President's Intelligence Oversight Board" United States President Ronald Reagan Library. Retrieved from https://www.reaganlibrary.gov/sites/default/files/archives/speeches/1981/120481e.htm

124.    The defendants show deliberate indifference to Presidential Directive (HSPD-6), that states,

> "*This directive shall be implemented in a manner consistent with the provisions of the Constitution and applicable laws... The Attorney General, in coordination with the Secretary of State, <u>Secretary of Homeland Security</u>, and the Director of Central Intelligence shall implement appropriate procedures and safeguards with respect to all such information about United States persons*"                              (Public Domain).

Bush, George W., (Sept. 16, 2003), "Homeland Security Presidential Directive/Hspd-6" Retrieved from https://georgewbush-whitehouse.archives.gov/news/releases / 2003/09/20030916-5.html

125.    Defendant U. S. President Donald Trump is violating 18 U.S. Code § 2340(1) "Torture"

> (1) "*means an act committed by a person acting under color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control*"
> (2) "*severe mental pain or suffering*" *means the prolonged mental harm caused by or resulting from -*
> *(A) the intentional infliction or threatened infliction of severe physical pain or suffering;*
> *(B) the administration or application, or threatened administration or application, of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personality;*
> *(C) the threat of imminent death; or...* (Public Domain).

LII Staff, (March 30, 2000), "18 U.S. Code § 2340 – Torture" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/18/2340

126.    On information and belief, plaintiff alleges that defendants and their co-conspirators are somehow poisoning Adams with some type of carcinogen or germ warfare which causes severe full body pain day and night.  At 53 y/o, Adams has unnatural pain feeling like he's 83 y/o

127.    On September 7, 2017 after going to North Arkansas Regional Medical Center emergency room and given medication by Dr Timothy Costello, Dale Adams had his left foot go numb for weeks and on Oct. 25, 2017, plaintiff Dale Adams' fingers on his left hand were numb for weeks after taking medication that was prescribed by Dr. Costello from the Country Mart pharmacy when they had a pharmacist of Spanish descent working there who took an unusually long time to fill these prescriptions suspecting foul play with laced medications

128.    Plaintiff Dale Adams has no problems with allergic reactions to medicine and is alarmed

by this danger wondering what would happen if Adams' heart went numb - having a rational fear of foul play, leaving his home, physicians and taking some medications or even vitamin capsules

129.     The torture of being denied adequate medical care is just the beginning, because the defendants intention is to paralyze Adams so they can secure unwarranted criminal charges with no defense. So there is a repetition of defendants with an intent to use healthcare staff to cause us pain or deny our family adequate medical care or pain medication, engage in regular unreasonable illegal conduct violating the Fourth Amendment and hacking to defeat free speech

130.     On 1/20/2018 plaintiff Adams' wife complained about his moaning just to get out of bed and get dressed stating he needs medication which is adversely affecting our relationship and Adams alleges the defendants denial of adequate pain management treatment is intentional retaliation for plaintiff seeking legal redress in the federal court for a redress of grievances

131.     Defendants are abusing the Public Health Service Act and the Comprehensive Addiction and Recovery Act of 2016, with an abuse of discretion to effectively abridge free speech and unreasonably invade privacy of plaintiff Adams violating U.S. Const. Amend. I. and IV.:

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

Black, Campbell Henry, M.A., (July, 1979), "Black's Law Dictionary, Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" West Publishing Company. ISBN 0-8299-2041-2. St. Paul, MN. (5th Edition). (1860-1927).

132.     Plaintiff Adams' First Amendment rights to a defense have been damaged by defendants unlawful conduct coercing, intimidating, and interfering with the transit of his U. S. mail, internet and even television, prompting Adams to engage in other than "G" rated speech on his website of *http://www.majesticpublishers.com*, causing severe harm with coercion and duress for loss of a First Amendment defense and they have adversely affected Adams emotionally and physically. Plaintiff prays for a toe hold to justice with a motion for preliminary injunction

133.     Pursuant to the Administrative Procedures Act this court can and should grant judicial review because the defendants are plainly violating statutory law and Constitutional prohibitions of well-settled law to cause our intentional harm

134.     Pursuant to 5 U.S.C. § 704- Actions reviewable the defendant's conduct under the Public Health Services Act of 1944, as amended, the Pandemic and All-Hazards Preparedness Act of 2006, and the Pandemic and All-Hazards Preparedness Reauthorization Act of 2013, as well as the Comprehensive Addiction and Recovery Act of 2016 or any other statute that the defendants believe eliminates the rule of United States and international law as well as humanitarian norms *"is reviewable by statute and final agency action for which there is no other adequate remedy in a court are subject to judicial review..."* Plaintiff Adams has no adequate executive remedy

LII Staff, (Jan. 31, 2018), "5 U.S. Code § 704 – Actions reviewable" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/5/704

135.     Pursuant to 5 U.S.C. § 702, holds that "[A] *person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof,*" and since the defendants are endangering plaintiff Adams with irreparable harm 5 U.S.C. § 705 grants this court authority to honor the Motion for Preliminary Injunction for*"relief pending review to prevent irreparable injury... to preserve rights pending conclusion of the review"*

LII Staff, (Jan. 31, 2018), "5 U.S. Code § 702 – Right of Review" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/5/702

LII Staff, (Jan. 31, 2018), "5 U.S. Code § 705 – Relief pending Review" Cornell Law School. Legal Information Institute. Retrieved from https://www.law.cornell.edu/uscode/text/5/705

136.     The war against terror doesn't include opioids or germ police for military APA immunity

**V. CAUSES OF ACTION**

**First Cause of Action:**

Violation of the Administrative Procedure Act for Abuse of Discretion

137.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

138.    Defendants' failure to comply with statutory and Constitutional prohibitions to cause

deliberate harm to plaintiff Dale Adams, ignoring pleas for fair treatment constitutes an abuse of

discretion, agency action unlawfully withheld and unreasonably delayed, contrary to the APA

139.    Defendants' failure to abide by the law is arbitrary, capricious, an abuse of discretion,

not in accordance with law and without observance of procedure required by law, all in

violation of the Administrative Procedures Act (APA)

**Second Cause of Action:**

Violation of the Administrative Procedure Act for Acting Contrary to Statutory Law

140.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

141.    Defendants' failure to comply with United States statutory laws noted above and those

not cited prohibiting torture adversely affects plaintiff Dale Adams in violation of the APA

142.    Defendants' failure to abide by the law is arbitrary, capricious, an abuse of discretion,

not in accordance with law and without observance of procedure required by law, all in

violation of the APA

**Third Cause of Action:**

Violation of the Administrative Procedure Act for Acting Contrary to the U.S. Constitution

143.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

144.    Defendants' failure to comply with the United States Constitution and international law

prohibiting torture adversely affects plaintiff Dale Adams in violation of the APA

145.    Defendants' failure to abide by the law is arbitrary, capricious, an abuse of discretion, not

in accordance with law and without observance of Constitutional law, violating the APA

**Fourth Cause of Action:**

Violation of U.S. Const. Amend. I.

146.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

147.    The Defendants' unlawful conduct in their official capacity of the government to intentionally deprive Dale B. Adams of his inherent right to petition for grievances and right to legal redress is contrary to U.S. Const. Amend. I., and forbidden as Black letter law

148.    Defendants' intentional conduct to abridge First Amendment rights to free expression, free speech, association and press freedom are all in violation of the law and U.S. Const. Amend. I.  As per *Libertarian Party of Ohio v. Husted*, 751 F. 3d 403 (6th Cir. 2014)

Unknown, (January 29, 2018), *"Libertarian Party of Ohio v. Husted"* Casetext.
     Retrieved from https://casetext.com/case/libertarian-party-of-ohio-v-husted-5?
     q=Libertarian%20Party%20of%20Ohio%20v.%20Husted&typeAheadOrigin=navBar.

**Fifth Cause of Action:**

Violation of U.S. Const. Amend. IV.

149.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

150.    The Defendants' unlawful conduct in their official capacity of the government to violate statutory and Constitutional law to illegally obtain and destroy Dale B. Adams' exculpatory evidence is an unreasonable search and seizure contrary to U.S. Const. Amend. IV.

151.    Defendants' conduct is arbitrary, capricious, an abuse of discretion, not in accordance with law and without observance of procedure required by law, all in violation of the law and U.S. Const. Amend. IV., and does not comport with standards of justice

152.    *Ellsberg v. Mitchell*, 709 F. 2d 51, 66-68 (D.C. Cir. 1983) (in a prima facie constitutional violation it is not necessary for the plaintiff to prove that the challenged surveillance was acquired unlawfully, rather the burden is on the defendant to show the evidence was gathered under the *"foreign intelligence"* exception). Plaintiff Adams alleges the defendants have not complied with and are acting with deliberate indifference to lawful requirements of the Fourth Amendment (Casetext). (Public Domain).

Unknown, (January 29, 2018), "Ellsberg v. Mitchell" Casetext.
     https://casetext.com/case/ellsberg-v-mitchell?q=Ellsberg%20v.
     %20Mitchell&typeAheadOrigin=navBar

**Sixth Cause of Action:**

Violation of U.S. Const. Amend. V.

153.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

154.    The Defendants' unlawful conduct in their official capacity of the government to

intentionally deny Dale B. Adams his inherent right to fair treatment depriving Life, Liberty and

Property without substantive and procedural rights to due process of law for the specific

purpose to deny or delay a petition for grievances and right to legal redress is contrary to U.S.

Const. Amend. V., and is forbidden as Black letter law

155.    Defendants' conduct depriving Life, Liberty and Property without substantive and

procedural rights to due process of law as well as being deprived of any fair treatment is all in

violation of U. S. Const. Amend. V., and even the Universal Declaration on Human Rights

**Seventh Cause of Action:**

Violation of U.S. Const. Amend. VIII.

156.    Plaintiff Dale Adams repeats and re alleges all of the paragraphs enumerated above

157.    The Defendants engaged in unlawful conduct individually and collectively in their

official capacity of the government acting contrary to common law, to intentionally conspire

with state actors to subject plaintiff Adams and his family to cruel and unusual punishment

being denied human dignity, adequate health care and even a response to his pleas for help to

get relief from torture violates Adams' rights contrary to U.S. Const. Amend. VIII

158.    Defendants' arbitrary denial of adequate medical care conspring to enable a false arrest

by abridging free speech and deliberate torture as cruel and unusual punishment is all in

violation of the law and U.S. Const. Amend. VIII. Inhumane healthcare is a slippery slope that

must be held invalid.

**VI.REQUEST FOR JURY TRIAL**

Plaintiff Dale B. Adams requests a jury trial because it appears the defendants are acting with an "*evil mind* displaying an indifference to the value of human life *guiding evil hands*"

## VII. REQUESTED RELIEF

**WHEREFORE, plaintiff prays that this Court:**

A. order defendants to halt arbitrary and discriminatory harm to plaintiff Adams and his family;

B. order defendants, to show cause with statements of fact and conclusions of law supporting their legal position and allow Adams to counter their position with a Constitutional Challenge

C. provide for expeditious service of process and proceedings to jury trial in this action;

D. award plaintiff its costs and reasonable legal fees incurred in this action;

E. grant such other relief as the Court may deem just and proper;

F. grant Plaintiff's request for entitlement under the EAJA for prior legal costs;.

G. determine if the Comprehensive Addiction and Recovery Act of 2016, (CARA) 130 STAT 698, Public Law 114-198, is UnConstitutional to relieve arbitrary and discriminatory pain - to others;

H. grant injunctive relief from torture and terror until final judgment of these proceedings

I. prohibit the State Secrets privilege that is being abused to eliminate the rule of law or if granted require substantial justice with mediation that includes absolute immunity and pardons

J. appoint legal counsel to adequately settle questions of fact and law for substantial justice

K. require defendants to repair Adams' family computers to restore stolen exculpatory evidence

L. require defendants to return any property stolen out of our home

M. require defendants to reveal if plaintiff Adams was a victim of ThinThread unlawful authorities

Signed on this 24th day of January, 2018.

Respectfully Submitted,

_Dal B. Ad_
_____
Dale B. Adams
Majestic Publishers Inc.

2313 Anvil Drive
Harrison, AR. 72601
P:(870) 204-0131
W: http://www.majesticpublishers.com
E: info@majesticpublishers.com

United States District Court
for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

February 6, 2018

Re: *Adams v. United States Department of Health and Human Services, et al* case #1:17-cv-1317 (EGS)

PROOF OF SERVICE

Dear Clerk,

I just spoke with the clerks office for Honorable Judge Emmett Sullivan who explained why they could not send out summons until they received an amended complaint with the listed defendants. I have served the complaint on all parties and a copy is enclosed. I will send the affidavits with the and exhibits as time and physical conditions permit. Please find enclosed two color pages as evidence of proof of service of the complaint and the previously listed motions. Please issue summons and return a file marked copy of the complaint for re-service. Consider this as a Motion to Issue Summons.

Thanking you in advance.

Mailed on this 6th day of February, 2018.

Sincerely,

Dale B Adams
Majestic Publishers Inc.
2313 Anvil Drive
Harrison, Ar. 72601
T: (870) 204-0131
E: info@majesticpublishers.com
W: http://www.majesticpublishers.com









**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20201

Certified Mail Fee  $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $2.89

Total Postage and Fees  $9.09

Sent To  U S Dept Health & Human Serv
Street and Apt. No., or PO Box No.  200 Independence Ave Sw
City, State, ZIP+4  Washington DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 3560 0000 5903 1572



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FORT SMITH, AR 72901

Certified Mail Fee  $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $2.89

Total Postage and Fees  $9.09

Sent To  US Attorney Duane Kees
Street and Apt. No., or PO Box No.  111 Parker Ave.
City, State, ZIP+4  Fort Smith, AR 72901

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 3560 0000 5903 1602



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

Certified Mail Fee  $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $2.89

Total Postage and Fees  $9.09

Sent To  U.S. Att Gen. Jeff Sessions
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave NW
City, State, ZIP+4  Washington D.C. 20530

7016 3560 0000 5903 1619