# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-5121**             **September Term, 2018**

1:17-cv-01317-EGS

**Filed On:** May 1, 2019

Dale B. Adams,

       Appellant

   v.

John Doe, also known as Billy, et al.,

       Appellees

<u>**O R D E R**</u>

     Upon consideration of appellant's motion to voluntarily dismiss the appeal, and the supplement thereto, it is

     **ORDERED** that the motion be granted, and this case is hereby dismissed.

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                         BY:    /s/
                                    Laura Chipley
                                    Deputy Clerk